## No. 9255.

### HACKETHAL  v.  HACKETHAL.

Decided October 8, 1917. ·

*Affirmed.*

*On Application for Supersedeas.*

*Error to the District Court of the City and County of Denver, Hon. H. P. Burke, Judge.*

Mr. MILNOR E. GLEAVES, for plaintiff in error.

Messrs. MORRISEY, MAHONEY & SCOFIELD, for defendant in error.

*Per curiam.*

WE have carefully examined the record in this case, and find no error therein.   The application for a supersedeas is therefore denied, and the judgment affirmed.